STAY LIFTED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FLORES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SBE/KATSUYA USA, LLC; SPOONFUL MANAGEMENT, LLC; SBE RESTAURANT GROUP, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV 20-10230-DMG (SKx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE [48] |

On December 6, 2021, Plaintiff Benjamin Flores ("Plaintiff") and Defendants SBE/KATSUTA USA, LLC and SBE RESTAURANT GROUP, LLC ("Defendants") filed a Joint Status Report and Stipulation to Lift Stay whereby the Parties stipulated to lift this Court's order staying this matter, as the court in *Robert Tressler v. Spoonful Management LLC.*, Los Angeles Superior Court, Case No. BC719405 ("*Tressler*"), granted approval of the *Tressler* PAGA settlement and entered judgment.

The Parties further stipulated that based on the overlapping claims and PAGA period set forth in the *Tressler* action, the Parties agreed that Plaintiff shall dismiss his

representative PAGA claims without prejudice and pursue his individual labor code claims in arbitration.

The Court, having reviewed the Parties' stipulation and attachments thereto, hereby ORDERS that Plaintiff Benjamin Flores' PAGA claims, which are asserted on a representative basis, shall be DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED:  December 28, 2021

                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE